UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW G. SILVA,

                Plaintiff,

   v.

ROB McKENNA, JOHN S. BLONIEN, DOUGLAS CARR, KIMBERLY FRINELL, AMANDA MIGCHELBRING, ELDON VAIL, DAN PACHOLKE, STEVE SINCLAIR, CHRIS BOWMAN, CHUCK PEASE, OFFICIAL JURGENSEN, LINDA MICHASEL, DAVID S. ROBERTS, TAMARA ROWDEN, RONALD FREDERICK, DEVON SCHRUM, LORI SCAMAHORN, DENNIS DAHNE, KERRI McTARSNEY, CORYDON WHALEY, CLINT MAY, CHERYL SULLIVAN, and VANESSA COLEMAN,

                Defendants.

No. C11-5629 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation, Plaintiff's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

    (1)    The Magistrate Judge's Report and Recommendation is approved and adopted.

    (2)    Plaintiffs' application to proceed *in forma pauperis* (ECF No. 4) is **DENIED as MOOT**.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(3)   The Clerk is directed to send directed to send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this 21st day of November, 2011.

　　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2