1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6
MATTHEW SILVA,

7
                          Plaintiff,

8
        v.                                          NO. C11-5629 RBL/KLS

9
ROB McKENNA, JOHN S. BLONIEN,
DOUGLAS CARR, KIMBERLY                               ORDER DENYING "NOTICE OF
                                                    ECF NUMBERS AND PAGING
FRINELL, AMANDA IGCHELBRING,                         INFORMATION

10
ELDON VAIL, DAN PACHOLKE,
STEVE SINCLAIR, CHRIS

11
BOWMAN, CHUCK PEASE,

12
OFFICIAL JURGENSEN, LINDA
MICHAEL, DAVID S. ROBERTS,

13
TAMARA ROWDEN, RONALD
FREDERICK, DEVON SCHRUM,

14
LORI SCAMAHORN, DENNIS

15
DAHNE, KERRI McTARSNEY,
CORYDON WHALEY, CLINT MAY,

16
CHERYL SULLIVAN, and VANESSA
COLEMAN,

17

18
                          Defendants.

19
        Before the Court is Plaintiff's "Motion for Notice of ECF Numbers and Paging Info."

20
ECF No. 17.  Plaintiff states that because he cannot access the electronic docket, he is at a

21
disadvantage because he cannot refer to particular pages within documents.  He asks for an

22
order directing the clerk to send him a copy of the electronic docket and the first pages of all

23
filings (including subparts).  There is no basis for the relief requested by Plaintiff.  All

24
prisoner pro se filers must file by mail and do not have access to the Court's electronic

25
system.

26
        Accordingly, it is **ORDERED:**

ORDER                                                                           1

1

2

(1)      The Clerk shall send a copy of the Court's docket to Plaintiff.  The Plaintiff's motion (ECF No. 17) is otherwise **DENIED.**

3

4

(2)      The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

5

6

        **DATED** this  8th   day of December, 2011.

7

8

9

Karen L. Strombom
United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26