UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW SILVA,

     Plaintiff,

  v.

ROB McKENNA, JOHN S. BLONIEN,
DOUGLAS CARR, KIMBERLY
FRINELL, AMANDA IGCHELBRING,
ELDON VAIL, DAN PACHOLKE,
STEVE SINCLAIR, CHRIS
BOWMAN, CHUCK PEASE,
OFFICIAL JURGENSEN, LINDA
MICHAEL, DAVID S. ROBERTS,
TAMARA ROWDEN, RONALD
FREDERICK, DEVON SCHRUM,
LORI SCAMAHORN, DENNIS
DAHNE, KERRI McTARSNEY,
CORYDON WHALEY, CLINT MAY,
CHERYL SULLIVAN, and VANESSA
COLEMAN,

     Defendants.

NO. C11-5629 RBL/KLS

ORDER DENYING "NOTICE OF
ECF NUMBERS AND PAGING
INFORMATION

  Before the Court is Plaintiff's "Motion for Notice of ECF Numbers and Paging Info."

ECF No. 17.  Plaintiff states that because he cannot access the electronic docket, he is at a

disadvantage because he cannot refer to particular pages within documents.  He asks for an

order directing the clerk to send him a copy of the electronic docket and the first pages of all

filings (including subparts).  There is no basis for the relief requested by Plaintiff.  All

prisoner pro se filers must file by mail and do not have access to the Court's electronic

system.

  Accordingly, it is **ORDERED:**

1

      (1)      The Clerk shall send a copy of the Court's docket to Plaintiff.  The Plaintiff's

2

motion (ECF No. 17) is otherwise **DENIED.**

3

      (2)      The Clerk shall send a copy of this Order to Plaintiff and counsel for

4

Defendants.

5

6

      **DATED** this  8th  day of December, 2011.

7

8

Karen L. Strombom

9

United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26