UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW G. SILVA,

                Plaintiff,

  v.

ROB McKENNA, JOHN S. BLONIEN, DOUGLAS CARR, KIMBERLY FRINELL, AMANDA MIGCHELBRING, ELDON VAIL, DAN PACHOLKE, STEVE SINCLAIR, CHRIS BOWMAN, CHUCK PEASE, OFFICIAL JURGENSEN, LINDA MICHAEL, DAVID S. ROBERTS, TAMARA ROWDEN, RONALD FREDERICK, DEVON SCHRUM, LORI SCAMAHORN, DENNIS DAHNE, KERRI McTARSNEY, CORYDON WHALEY, CLINT MAY, CHERYL SULLIVAN, and VANESSA COLEMAN,

                Defendants.

No. 11-5629 RBL/KLS

**ORDER GRANTING DEFENDANTS' MOTION TO STRIKE MOTION TO QUASH DEPOSITIONS**

    Before the Court is Defendants' Motion to Strike Motion (ECF No. 26) to Stay Discovery and Quash Notices of Deposition.  ECF No. 37.  Defendants advise that the parties have conducted a discovery conference and are tentatively trying to reach an agreement regarding depositions in this case.  Therefore, Defendants move to strike their motion to quash depositions and will re-file their motion if the parties cannot come to an agreement.

    Accordingly, it is **ORDERED:**

ORDER GRANTING MOTION TO STAY DISCOVERY - 1

(1)     Defendants' Motion to Strike Motion (ECF No. 26) to Stay Discovery and Quash Notices of Deposition (ECF No. 37) is **GRANTED.**  Defendants' motion (ECF No. 26) is **stricken** from the Court's docket.

(2)     The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  11th   day of January, 2012.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTION TO STAY DISCOVERY - 2