UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW SILVA,<br><br>              Plaintiff,<br><br>  v.<br><br>ROB McKENNA, JOHN S. BLONIEN, DOUGLAS CARR, KIMBERLY FRINELL, AMANDA IGCHELBRING, ELDON VAIL, DAN PACHOLKE, STEVE SINCLAIR, CHRIS BOWMAN, CHUCK PEASE, OFFICIAL JURGENSEN, LINDA MICHAEL, DAVID S. ROBERTS, TAMARA ROWDEN, RONALD FREDERICK, DEVON SCHRUM, LORI SCAMAHORN, DENNIS DAHNE, KERRI McTARSNEY, CORYDON WHALEY, CLINT MAY, CHERYL SULLIVAN, and VANESSA COLEMAN,<br><br>              Defendants. | NO. C11-5629 RBL/KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT |

Before the Court is Plaintiff's Motion to Amend Complaint. ECF No. 45 (with proposed Amended Complaint attached at 45-1 and 45-2). Defendants do not object to Plaintiff's motion to amend. ECF No. 51. Accordingly, Plaintiff shall be granted leave to amend his complaint as proposed. Plaintiff is reminded that he must serve all Defendants who are named in his amended complaint who have not yet been served with his original complaint. *See* Fed. R. Civ. P. 4(m). Pursuant to Rule 4(m), Plaintiff must serve copies of the Summons and Amended Complaint upon each of the named Defendants within 120 days of this Order.

ORDER                                                                                                                      1

Accordingly, it is **ORDERED:**

(1) Plaintiff's Motion to Amend (ECF No. 45) is **GRANTED.**

(2) The Clerk is directed to docket Plaintiff's proposed Amended Complaint (ECF No. 45-1 and 45-2 as a separate docket entry and to send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  16th  day of February, 2012.

Karen L. Strombom
United States Magistrate Judge