HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW G. SILVA,<br><br>    Plaintiff,<br><br>v.<br><br>ROB MCKENNA, et al.,<br><br>    Defendants. | No. 11-cv-5629 RBL/KLS<br><br>Order<br><br>[Dkts. #33, 50] |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motions for preliminary injunction and hearing are **DENIED**. *See* Dkts. #10, 19.

(3) Plaintiff's motion for extension of time to file objections is **DENIED**. [Dkt. #50].

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and the Honorable Karen L. Strombom.

Dated this 2̲ day of March 2012.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 1