UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW G. SILVA,

                          Plaintiff,

        v.                                          No. 11-cv-5629 RBL/KLS

ROB MCKENNA, et al.,                                Order

                          Defendants.

                                                    [Dkts. #33, 50]

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report, if any, and the remaining record, does hereby find and

**ORDER:**

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motions for preliminary injunction and hearing are **DENIED**. *See* Dkts. #10, 19.

(3) Plaintiff's motion for extension of time to file objections is **DENIED**. [Dkt. #50].

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and the Honorable Karen L. Strombom.

Dated this ___ day of March 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE