UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW SILVA,

                      Plaintiff,

v.

ROB McKENNA, JOHN S. BLONIEN, DOUGLAS CARR, KIMBERLY FRINELL, AMANDA MIGCHELBRING, ELDON VAIL, DAN PACHOLKE, STEVE SINCLAIR, CHRIS BOWMAN, CHUCK PEASE, OFFICIAL JURGENSEN, LINDA MICHAEL, DAVID S. ROBERTS, TAMARA ROWDEN, RONALD FREDERICK, DEVON SCHRUM, LORI SCAMAHORN, DENNIS DAHNE, KERRI McTARSNEY, CORYDON WHALEY, CLINT MAY, CHERYL SULLIVAN, VANESSA COLEMAN, TIMOTHY LANG, HEIDI HOLLAND, DANIEL JUDGE, PAT GLEBE, JEFFREY UTTECHT, CHARLES JONES, GREGORY F. JONES, NORMAN GOODENOUGH, SCOTT FRAKES, MARK MILLER, MELINDA FERRELL, HAROLD ARCHIBALD, and ROD ASKELSON,

                      Defendants.

No. C11-5629 RBL/KLS

ORDER STRIKING NOTING DATE OF MOTION FOR SECOND TEMPORARY RESTRAINING ORDER

On March 12, 2012, Plaintiff Matthew G. Silva filed a Second Motion for "TRO/Preliminary Injunction". ECF No. 70. The matter was noted for the Court's consideration on April 6, 2012. On April 6, 2012, Plaintiff filed a motion requesting that the Court stay its consideration of this motion pending attempted mediation by the Washington State Department of Corrections contract attorney. ECF No. 79.

Accordingly, the Court **ORDERS:**

ORDER - 1

(1) Plaintiff's motion to stay (ECF No. 79) is **DENIED**.  However, the noting date of Plaintiff's motion (ECF No. 70) shall be **STRICKEN** from the Court's docket.  Plaintiff may **re-note** his motion by serving a written notice on the Clerk and opposing counsel.  Plaintiff need only file the written notice, it is not necessary to re-file his entire motion and supporting documents.  The motion may be scheduled on the Court's calendar for the third Friday after filing and service of the notice.

(2) The Clerk is directed to send copies of this Order to Plaintiff.

**DATED** this 13th day of April, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2