UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW SILVA,

                Plaintiff,

  v.

ROB McKENNA, JOHN S. BLONIEN, DOUGLAS CARR, KIMBERLY FRINELL, AMANDA MIGCHELBRING, ELDON VAIL, DAN PACHOLKE, STEVE SINCLAIR, CHRIS BOWMAN, CHUCK PEASE, OFFICIAL JURGENSEN, LINDA MICHAEL, DAVID S. ROBERTS, TAMARA ROWDEN, RONALD FREDERICK, DEVON SCHRUM, LORI SCAMAHORN, DENNIS DAHNE, KERRI McTARSNEY, CORYDON WHALEY, CLINT MAY, CHERYL SULLIVAN, VANESSA COLEMAN, TIMOTHY LANG, HEIDI HOLLAND, DANIEL JUDGE, PAT GLEBE, JEFFREY UTTECHT, CHARLES JONES, GREGORY F. JONES, NORMAN GOODENOUGH, SCOTT FRAKES, MARK MILLER, MELINDA FERRELL, HAROLD ARCHIBALD, and ROD ASKELSON,

                Defendants.

No. C11-5629 RBL/KLS

NOTICE TO PLAINTIFF REGARDING FILINGS OF DOCUMENTS IN SUPPORT OF MOTION FOR SECOND TEMPORARY RESTRAINING ORDER

On April 13, 2012, Plaintiff requested that this Court stay consideration of his Second Motion for "TRO/Preliminary Injunction". ECF No. 79. This Court entered an Order striking the noting date of the motion from the calendar and advised Plaintiff that he may re-note the motion by serving a written notice on the Clerk and opposing counsel. ECF No. 82. Since that time, Plaintiff has filed numerous Declarations and letters. *See* ECF Nos. 92-100, and 109. There is no pending motion.

ORDER - 1

| | |
|---|---|
| 1 | Evidence must be submitted at the proper time and under the proper procedure. Evidence should not be submitted to the Court unless it is attached to an appropriate motion that is noted on the Court's calendar. |

Evidence must be submitted at the proper time and under the proper procedure. Evidence should not be submitted to the Court unless it is attached to an appropriate motion that is noted on the Court's calendar.

Accordingly, it is **ORDERED:**

(1) The Court will take no action on the letters and declarations filed at ECF Nos. 92-100, and 109 at this time.

(2) The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  3rd  day of May, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2