UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW SILVA,

        Plaintiff,

  v.

ROB McKENNA, JOHN S. BLONIEN, DOUGLAS CARR, KIMBERLY FRINELL, AMANDA IGCHELBRING, ELDON VAIL, DAN PACHOLKE, STEVE SINCLAIR, CHRIS BOWMAN, CHUCK PEASE, OFFICIAL JURGENSEN, LINDA MICHAEL, DAVID S. ROBERTS, TAMARA ROWDEN, RONALD FREDERICK, DEVON SCHRUM, LORI SCAMAHORN, DENNIS DAHNE, KERRI McTARSNEY, CORYDON WHALEY, CLINT MAY, CHERYL SULLIVAN, and VANESSA COLEMAN,

        Defendants.

NO. C11-5629 RBL/KLS

ORDER DENYING MOTIONS FOR EXTENSIONS OF TIME

Plaintiff has filed two motions for extension of time. ECF Nos. 121 and 122. In the first motion, Plaintiff seeks an extension of time to file an objection to the Court's May 7, 2012 Order denying his motion to compel. ECF No. 112 (Order denying Plaintiff's Motion to Compel (ECF No. 74) and granting Plaintiff's Motion for Extension of Time to File Reply (ECF No. 90)). In the second motion, Plaintiff seeks an extension of time to file a reply to Defendants' response to his Motion for Temporary Restraining Order. ECF No. 122.

ORDER - 1

1   However, Plaintiff's motions for temporary injunctive relief (ECF Nos. 10 and 19) and his
2   motion for an extension of time (ECF No. 50) were denied on March 2, 2012.  ECF No. 64.

Plaintiff claims that he needs these extensions because he has not yet received a ruling on his request that the Court provide him notice of the ECF numbers assigned to all documents filed in this case and paging information for attachments associated with all electronic entries.  *See, e.g.,* ECF No. 121, at 1.  However, that motion was denied on December 8, 2011.  ECF No. 29.

Accordingly, it is **ORDERED:**

(1)   Plaintiff's motions for extensions of time (ECF Nos. 121 and 122) are **DENIED as moot.**

(2)   The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this 25th day of June, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2