HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW G. SILVA,

        Plaintiff,

v.

ROB McKENNA, et al.,

        Defendants.

Case No. C11-5629RBL

ORDER DENYING MOTION FOR RECONSIDERATION

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration [Dkt. #137].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Under Local Rule 7, motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rule 7(h). This standard has not been met in this case. Plaintiff merely restates the same arguments he made in prior filings in this case. Therefore, Plaintiff's Motion for Reconsideration [Dkt. #137] is **DENIED.**

**IT IS SO ORDERED.**

Dated this 23rd day of July, 2012.

Ronald B Leighton
United States District Judge

ORDER
Page - 1