HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW G. SILVA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROB MCKENNA, et al.,<br><br>　　　　Defendants. | No. 11-cv-5629 RBL/KLS<br><br>Order<br><br><br><br><br>(Dkts. #123, 136) |

Having reviewed Plaintiff's Motion to Vacate (Dkt. #123) and objections to the Court's Order on Motion to Extend Time (Dkt. #136), the Court **DENIES** the motions.

Dated this 16th day of August 2012.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 1