|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| MATTHEW G. SILVA,<br><br>        Plaintiff,<br><br>   v.<br><br>ROB McKENNA, JOHN S. BLONIEN, DOUGLAS CARR, KIMBERLY FRINELL, AMANDA MIGCHELBRING, ELDON VAIL, DAN PACHOLKE, STEVE SINCLAIR, CHRIS BOWMAN, CHUCK PEASE, JURGENSEN, LINDA MICHAEL, DAVID S. ROBERTS, TAMARA ROWDEN, RONALD FREDERICK, DEVON SCHRUM, LORI SCAMAHORN, DENNIS DAHNE, KERRI McTARSNEY, CORYDON WHALEY, CLINT MAY, CHERYL SULLIVAN, VANESSA COLEMAN, TIMOTHY LANG, HEIDI HOLLAND, DANIEL JUDGE, PAT GLEBE, JEFFREY UTTECHT, CHARLES JONES, GREGORY F. JONES, NORMAN GOODENOUGH, SCOTT FRAKES, MARK MILLER, MELINDA FERRELL, HAROLD ARCHIBALD, ROD ASKELSON, WASHINGTON DEPARTMENT OF CORRECTIONS<br><br>        Defendants. | CASE NO. C11-5629 RBL/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION |

Plaintiff requests a ninety day extension of time to respond to Defendants' motion for summary judgment. ECF No. 160. Defendants' motion for summary judgment was noted for January 25, 2013. ECF No. 158.

ORDER - 1

Mr. Silva states that the prison library at the Washington State Penitentiary is outdated and he has been forced to rely on the services of the Department of Correction's contract attorney who refuses to communicate with him. Mr. Silva also states that he is scheduled to be released from prison on March 9, 2013. ECF No. 160. Defendants oppose the extension. ECF No. 161. They present evidence that the library's inventory is extensive, that Mr. Silva has had 50 hours of priority access to the library since they filed their motion, that Mr. Silva's requests of the contract attorney have been unrelated to any response to the summary judgment motion, and that between December 29, 2012 and February 5, 2013, Mr. Silva has filed eighteen documents relating to thirteen of other pending cases. *Id.*, pp. 2-3 and Exhibits 1-3. Defendants argue that Mr. Silva has taken on more cases than he can handle and his request for an extension is "simply a ploy to extend the deadlines in this case until after his release" (which Defendants note as February 27, 2012).

Although Mr. Silva's stated reasons for his requested continuance are disputed, his request for the extension was timely and is not unduly unreasonable in light of his pending release date.

Accordingly, it is **ORDERED:**

(1)    Plaintiff's motion for extension (ECF No. 160) is **GRANTED.**

(2)    Plaintiff shall file his response to Defendants' motion for summary judgment (ECF No. 158) **on or before April 29, 2013.** Defendants reply is due **on or before May 3, 2013.** The Clerk is directed to **re-note** Defendants' motion for summary judgment (ECF No. 158) for **May 3, 2013.**

3) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 13th day of February, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 3