UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW G. SILVA,<br><br>                        Plaintiff,<br><br>          v.<br><br>ROB McKENNA, JOHN S. BLONIEN, DOUGLAS CARR, KIMBERLY FRINELL, AMANDA MIGCHELBRING, ELDON VAIL, DAN PACHOLKE, STEVE SINCLAIR, CHRIS BOWMAN, CHUCK PEASE, JURGENSEN, LINDA MICHAEL, DAVID S. ROBERTS, TAMARA ROWDEN, RONALD FREDERICK, DEVON SCHRUM, LORI SCAMAHORN, DENNIS DAHNE, KERRI McTARSNEY, CORYDON WHALEY, CLINT MAY, CHERYL SULLIVAN, VANESSA COLEMAN, TIMOTHY LANG, HEIDI HOLLAND, DANIEL JUDGE, PAT GLEBE, JEFFREY UTTECHT, CHARLES JONES, GREGORY F. JONES, NORMAN GOODENOUGH, SCOTT FRAKES, MARK MILLER, MELINDA FERRELL, HAROLD ARCHIBALD, ROD ASKELSON, WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>                        Defendants. | No. C11-5629 RBL/KLS<br><br>**REPORT AND RECOMMENDATION**<br>**Noted For:  May 10, 2013** |

Before the Court is the parties' Stipulation for Order of Dismissal. ECF No. 163. The parties stipulate to the dismissal of this action with prejudice pursuant to the terms of their settlement agreement, with the parties to bear their own costs and fees. *Id.*

REPORT AND RECOMMENDATION - 1

Accordingly, it is recommended that this case be **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs and fees.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections.  See also Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **May 10, 2013**, as noted in the caption.

**DATED** this 23rd day of April, 2013.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2